UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| REGENTS OF UNIVERSITY OF CALIFORNIA, a public trust corporation, on behalf of the University of California, San Francisco Medical Center,<br><br>Plaintiff,<br>v.<br><br>BLUE CROSS OF IDAHO HEALTH SERVICE, INC. d/b/a BLUE CROSS OF IDAHO, a corporation; and DOES 1 THROUGH 25, inclusive,<br><br>Defendants.<br>_____/ | No. C 11-03622 LB<br><br>**ORDER REQUIRING STATUS UPDATE** |

The court has reviewed the parties' Joint Status Conference Statement, ECF No. 35. The parties explain that they have agreed to arbitrate, that arbitration is proceeding, and the arbitration hearing is scheduled for September 10, 2013. The court **ORDERS** the parties to file a written status update informing the court about the status of the arbitration proceedings, no later than Thursday, July 11, 2013.

**IT IS SO ORDERED.**

Dated: January 9, 2013

_____
LAUREL BEELER
United States Magistrate Judge

C 11-03622 LB (ORDER)