1    Dan J. Hofmeister Jr. (IL SBN 6204299)
    (admitted *pro hac vice*)
2    dhofmeister@reedsmith.com
    REED SMITH LLP
3    10 South Wacker Drive
    Chicago, IL  60606
4    Tel.:  (312) 207-1000
    Fax:  (312) 207-6400

5

6    Attorneys for Defendant
    Blue Cross of Idaho Health
7    Service, Inc.

8

9           UNITED STATES DISTRICT COURT

10       FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

| | |
|---|---|
| 12   THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, a public trust corporation, on behalf of the University of California, San Francisco Medical Center, | Case No.: 4:11-cv-03622 LB |
| 13 | |
| 14              Plaintiff, | **JOINT REPORT ON ARBITRATION STATUS** |
| 15    vs. | ORDER |
| 16 | Honorable Laurel Beeler |
| 17   BLUE CROSS OF IDAHO HEALTH SERVICE, INC. d/b/a BLUE CROSS OF IDAHO, a corporation; and DOES 1 THROUGH 25, inclusive, | |
| 18 | |
| 19           Defendants. | |

20

21       By and through their attorneys of record, Plaintiff The Regents of The

22 University of California, a public trust corporation, on behalf of the University of

23 California, San Francisco Medical Center ("Plaintiff") and Defendant Blue Cross of

24 Idaho Health Service, Inc. ("BCI") hereby submit this Joint Report On Arbitration

25 Status.  Plaintiff and BCI are collectively referred to as the "Parties."

26

27

28

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

REED SMITH LLP

A limited liability partnership formed in the State of Delaware

1.    The Parties entered into a stipulation to submit all claims in the above captioned lawsuit to binding arbitration.

2.    This Court entered an order on March 26, 2012 staying these proceedings and directing the parties to submit their claims to binding arbitration.

3.    The Court entered an order on January 9, 2013 directing the parties to file a written report with the Court no later than July 11, 2013 regarding the status of the arbitration.

4.    The Parties report that their arbitration is ongoing and that a two-day final hearing is currently scheduled for September 10-11, 2013.

DATED:  July 8, 2013.          Stephenson, Acquisto & Colman

By   /s/ Celim E. Huezo
     Celim E. Huezo
     Attorneys for Plaintiff The Regents of the
     University of California

DATED:  July 10, 2013.          REED SMITH LLP

By   /s/ Dan J. Hofmeister
     Dan J. Hofmeister, Jr.
     Attorneys for Defendant Blue Cross of
     Idaho Health Service, Inc.

US_ACTIVE-113612889

Parties to file update on or before December 2, 2013.
Date:  July 11, 2013

