**UNITED STATES DISTRICT COURT**
For the Northern District of California

# UNITED STATES DISTRICT COURT

## Northern District of California

### San Francisco Division

| | |
|---|---|
| REGENTS OF UNIVERSITY OF CALIFORNIA, a public trust corporation, on behalf of the University of California, San Francisco Medical Center, | No. C 11-03622 LB |
| Plaintiff, | **ORDER REQUIRING STATUS UPDATE** |
| v. | |
| BLUE CROSS OF IDAHO HEALTH SERVICE, INC. d/b/a BLUE CROSS OF IDAHO, a corporation; and DOES 1 THROUGH 25, inclusive, | |
| Defendants. | |
| _____/ | |

On July 11, 2013, the court ordered the parties to file a status update informing the court about the status of their arbitration proceedings and to file it on or before December 2, 2013. The court has not received the required update. Accordingly, the court **ORDERS** the parties to provide the update no later than December 19, 2013 at 5 p.m.

**IT IS SO ORDERED.**

Dated: December 18, 2013

_____
LAUREL BEELER
United States Magistrate Judge

C 11-03622 LB (ORDER)